# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1148
_____

ANTHONY M. WALKER,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
CORRECTIONS, FLORIDA
DEPARTMENT OF FINANCIAL
SERVICES, KEEFE COMMISSARY
NETWORK, LLC, and ACCESS
CORRECTIONS,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
James L. Marsh, Judge.

November 6, 2025

PER CURIAM.

    AFFIRMED.

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Anthony M. Walker, pro se, Appellant.

James Uthmeier, Attorney General, and Mason V. Petrosky, Assistant Attorney General, Tallahassee, for Appellees Department of Corrections and Department of Financial Services; Taylor R. Bowman and Burke G. Lopez, Hinshaw & Culbertson LLP, Tampa, for Appellees Keefe Commissary Network, LLC, and Access Corrections.